## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| **JENNIFER SCHOOK,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**AMAZON.COM.INDC, LLC,**<br><br>　　　　　**Defendant.** | Case No. 4:15-cv-00065-TWP-DML |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Jennifer Schook and Defendant Amazon.com.indc, LLC, have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

　So ORDERED

Date: 10/19/2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to ECF counsel of record.

Firmwide:143399691.1 034959.2250